No. 16,342.

Parker *v.* The People.

(222 P. [2d] 180)

Decided September 5, 1950.

Per Curiam.

Judgment affirmed en banc without written opinion, Mr. Chief Justice Hilliard not participating.

Mr. V. G. Seavy, for plaintiff in error.

Mr. John W. Metzger, Attorney General, Mr. Raymond B. Danks, Assistant, for the people.